(95 South. 200)

## Ex parte STATE.
## In re GILCHRIST.
## (8 Div. 515.)

(Supreme Court of Alabama. Feb. 1, 1923.)

Certiorari to Court of Appeals.

Daniel Gilchrist was convicted of manslaughter in the first degree, but his conviction was reversed by the Court of Appeals (95 South. 197), and the State petitions for certiorari. Writ denied.

Harwell G. Davis, Atty. Gen., and Callahan & Harris, of Decatur, for petitioner.

A. H. Carmichael, of Tuscumbia, G. O. Chenault, of Albany, R. E. Smith, of Huntsville, and Mitchell & Hughston, of Florence, opposed.

GARDNER, J. Petition of the state of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Daniel Gilchrist v. State of Alabama, 95 South. 197.

Writ denied.